UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| E. ARMATA, INC. | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | Civil No. 08cv2878 |
| | : | |
| KOREAN PRODUCE BUYING SERVICE, INC. | : | |
| t/a KOREAN PRODUCE TRUCKING | : | |
| | **:** | |
| and | : | |
| | : | |
| YONG H. KIM | : | |
| | : | |
| Defendants | : | |

### RULE 7.1 DISCLOSURE

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff, E. Armata, Inc., by and through counsel, certifies that E. Armata, Inc., is not a publicly traded entity and has no other parents, subsidiaries or affiliates which are publicly held.

Dated this 18th day of March, 2008

Respectfully submitted

LAW OFFICES OF BRUCE LEVINSON

By: _/s/ Bruce Levinson_____

Bruce Levinson (BL0749)
747 Third Avenue, 4th Floor
New York, New York 10017-2803
(212) 750-9898

Attorney for Plaintiff