Form 19 - SECRETARY OF STATE - 306

**BRUCE LEVINSON ESQ.**
ATTN:

UNITED STATES SOUTHERN DIST. COURT    NEW YORK COUNTY    STATE OF NEW Y

--------

E. ARMATA, INC.                         plaintiff

  - against -

KOREAN PRODUCE BUYING SERVICE, INC.,    defendant
T/A KOREAN PRODUCE TRUCKING, ETAL

Index No. **08-CV-2878**

Date Filed ............

Office No.

Court Date:    /    /

--------

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**STEVE AVERY**                being duly sworn, deposes and says that he is over the age of 18 years, resides in the State of New York and is not a party to this action.    That on the
  **31st    of March,  2008 at   11:25 AM**
at the Office of the Secretary of State of the State of New York in the City of Albany, New York, he served the
  **SUMMONS AND COMPLAINT**
  RULE 7.1 STATEMENT
  **JUDGES RULES**
**UPON: KOREAN PRODUCE BUYING SERVICE, INC., T/A KOREAN PRODUCE TRUCKING**
**the DEFENDANT** in this action, by delivering to and leaving with
  **CHAD MATICE, AGENT**

in the office of the Secretary of State of New York, two true copies thereof and at the same time of making such service, deponent paid said Secretary of State, a fee of $40. That said service was made pursuant to Section 306 of the BCL.

Deponent further describes the person actually served as follows:

  SEX: **MALE**          COLOR: **WHITE**       HAIR: **BLACK**
  APP. AGE: **30**       APP. HT: **6:2**       APP. WT: **215**
OTHER IDENTIFYING FEATURES:

SWORN TO BEFORE ME THIS
2nd   DAY OF  April, 2008sr
BRETT GOLUB
Notary Public, State of New York
  No.01G06129491
Qualified in NASSAU
Commission Expires 06/27/2009

STEVE AVERY
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BL1119194