Form 06 - DOOR - GENERAL PURPOSE
**BRUCE LEVINSON ESQ.**
   **ATTN:**
U.S.SOUTHERN DIST. COURT    NEW YORK   COUNTY
--------------------------------------------------

E ARMATA, INC.                              plaintiff

          - against -

KOREAN PRODUCE BUYING SERVICE, INC.    defendant
T/A KOREAN PRODUCE TRUCKING, ETAL
--------------------------------------------------

Index No. 08-CV-2878

Date Filed  . . . . . . . . . . . .

Office No.

Court Date:     /  /

         STATE OF NEW YORK, COUNTY OF NEW YORK           :SS:
**LUIS AGOSTINI**    being duly sworn, deposes and says: I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the
**30th** day of **April, 2008   10:56 AM**                    at
   **%KOREAN PRODUCE BUYING SERVICE**
   **132 NYC TERMINAL MARKET,BRONX, NY 10474**
deponent attempted to make personal service of a true copy of the
   **SUMMONS AND COMPLAINT**
   **RULE 7.1 DISCLOSURE**
   **CIVIL COVER SHEET**
   **JUDGES RULES**
in the above entitled action upon **YONG H.KIM**
  the **DEFENDANT** therein named.
Deponent made prior diligent efforts to effect personal service upon the said **DEFENDANT**
at the aforementioned address, to wit:
**04/16/2008  12:09 PM    04/25/2008  03:24 PM        /  /**
That personal service could not be made with due diligence upon the said **DEFENDANT**
nor a person of suitable age and discretion found who would receive same true copies thereof.
Therefore deponent on the **30th** day of **April, 2008 at 10:56 AM** at the above address,
served a true copy of the aforementioned document(s) herein upon the said **DEFENDANT**
**YONG H.KIM**

by affixing the same to the door of **DEFENDANT said place of business**
On **05/05/2008** I deposited in the United States mail another true copy of the aforementioned
documents properly enclosed and sealed in a post-paid wrapper addressed to the said
**DEFENDANT** at the above address.
That address being **actual place of employment of the DEFENDANT.**
Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof
by return address or otherwise that said notice is from an attorney or concerns action against
the person to be served.

Sworn to before me this
5th  day of May, 2008
JOEL GOLUB
Notary Public, State of New York
   No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

LUIS AGOSTINI  1027732
AETNA  CENTRAL  JUDICIAL  SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 3BL1122426