ORIGINAL

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
E. ARMATA, INC.,

                    Plaintiff,         08 Civ. 2878 (LLS)

          - against -                  ORDER

KOREAN PRODUCE BUYING SERVICE, INC.
t/a KOREAN PRODUCE TRUCKING, and
YONG H. KIM,

                    Defendants.
- - - - - - - - - - - - - - - - - -X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/11/08

As requested in plaintiff's counsel's letter dated June 9, 2008, and defendants having neither answered nor moved for dismissal, it is

ORDERED, that this action is dismissed without prejudice and without costs; provided, however, that within sixty days of the date of this order any party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
        June 11, 2008

                                    _____
                                         LOUIS L. STANTON
                                            U. S. D. J.